MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
KoenigsbergM@gtlaw.com

DAVID SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff
CE Resource, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE MAGELLAN GROUP, LLC, a Maryland Limited Liability Company, and JOSEPH KNIGHT,<br><br>    Defendants. | CASE NO. 2:08-CV-02999-MCE-KJM<br><br>**STIPULATION TO SET ASIDE AND VACATE DEFAULT ENTERED AGAINST DEFENDANT THE MAGELLAN GROUP, LLC AND SET A DATE FOR THE MAGELLAN GROUP, LLC TO RESPOND TO THE FIRST AMENDED COMPLAINT; AND ORDER THEREON** |

**WHEREAS**, on March 13, 2009, Plaintiff, CE RESOURCE, INC., a California Corporation ("CME"), filed a Request for Entry of Default against Defendant, THE MAGELLAN GROUP, a Maryland Limited Liability Company ("Magellan") for failure to respond to CME's first amended complaint, which default was entered by the Clerk of the Court on March 17, 2009,

**WHEREAS,** on March 23, 2009, Magellan filed a Status of Service on Defendant Magellan and Required Response Time to Answer Complaint and Motion to Set Aside Clerk's Entry of Default and Motion to Extend Time to Respond to Complaint; and

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, the parties desire to set aside and vacate the default against Magellan and have agreed to a date by which Magellan will respond to the first amended complaint.

**IT IS HEREBY STIPULATED** that CME and Magellan, by and through their respective counsel, agree that:

1. The default entered by the Clerk on March 17, 2009 against Magellan shall be set aside and vacated;

2. Magellan shall have up to and including **April 6, 2009** to file a responsive pleading.

DATED: March ____, 2009      GREENBERG TRAURIG, LLP

By:_____
    MARC B. KOENIGSBERG
    DAVID A. SAENZ
    Attorney for Plaintiff
    CE RESOURCE, INC.

DATED: March ____, 2009      LAW OFFICE OF WILLIAM B. COLITRE

By:_____
    WILLIAM B. COLITRE
    Attorney for Defendant
    THE MAGELLAN GROUP, INC.

2    Case No. 2:08-CV-02999-MCE-KJM
STIPULATION TO SET ASIDE AND VACATE DEFAULT; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having read the foregoing Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the default entered by the Clerk of the Court on March 17, 2009 against Magellan is hereby set aside and vacated.

**IT IS FURTHER ORDERED** that Magellan shall have up to and including April 6, 2009 to file and serve a response to CME's first amended complaint.

**IT IS FURTHER ORDERED** that he Motion to Set Aside Clerk's Entry of Default by the Magellan Group, LLC, filed on March 23, 2009, is vacated.

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com