MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
KoenigsbergM@gtlaw.com

DAVID SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff
CE Resource, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MAGELLAN GROUP, LLC, a Maryland Limited Liability Company, and JOSEPH KNIGHT,<br><br>Defendants. | CASE NO. 2:08-CV-02999-MCE-KJM<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT THE MAGELLAN GROUP'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT; ORDER**<br><br>Date: May 21, 2009<br>Time: 2:00 p.m.<br>Ctrm: 7<br>Judge: Hon. Morrison C. England, Jr. |

**WHEREAS**, on April 7, 2009, Defendant THE MAGELLAN GROUP, filed a Motion to Dismiss and/or Motion for Summary Judgment seeking the dismissal or entry of judgment on the First Amended Complaint filed by Plaintiff, CE RESOURCE, INC.;

**WHEREAS,** the hearing of Defendant's motion is currently set for Thursday, May 21, 2009 at 2:00 p.m.;

**WHEREAS**, plaintiff's lead trial counsel David Saenz will be unavailable to appear at the hearing on May 21, 2009, because he will be out of the country at that time; and

1

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS,** Defendant Magellan consents to Plaintiff's request to continue the date of the hearing for purposes of accommodating Mr. Saenz's schedule;

**IT IS HEREBY STIPULATED** by CME and Magellan, by and through their respective counsel, that:

1. The hearing on defendant's motion to dismiss and/or for summary judgment be continued to Thursday, June 25, 2009, at 2:00 p.m., a date and time understood by counsel to be available on the Court's calendar; and

2. There shall be no other changes to the schedule and the briefing papers, if any, including the parties' respective opposition and reply papers, shall be served and filed according to the original May 21, 2009 schedule.

DATED: April 17, 2009          GREENBERG TRAURIG, LLP

By:   /s/ Marc B. Koenigsberg
      MARC B. KOENIGSBERG
      DAVID A. SAENZ
      Attorney for Plaintiff
      CE RESOURCE, INC.

DATED: April 16, 2009          CONWELL USA

By:   /s/Scott A. Conwell
      (as authorized on April 16, 2009)
      SCOTT A. CONWELL
      Attorney for Defendant
      THE MAGELLAN GROUP, INC.

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having read the foregoing Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the hearing on defendant's motion to dismiss and/or for summary judgment be continued to Thursday, June 25, 2009, at 2:00 p.m.

**IT IS FURTHER ORDERED** that the there shall be no other changes to the schedule and the briefing papers, if any, including the parties' respective opposition and reply papers, shall be served and filed according to the original May 21, 2009 schedule.

DATED: April 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com