SCOTT A. CONWELL (PHV)
CONWELL, LLC
2101 Defense Highway, Suite 4
Crofton, MD 21114
Telephone: (410) 451-2707
Facsimile: (410) 451-2706
scott@conwellusa.com

WILLIAM COLITRE (SBN 211991)
LAW OFFICES OF WILLIAM B. COLITRE, ESQ.
4872 Topanga Canyon Blvd. #114
Woodland Hills, CA 90290
Telephone: (310) 739-7453
Facsimile: (847) 789-4310
bcolitre@speakeasy.net

Attorneys for Defendant
The Magellan Group, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE MAGELLAN GROUP, LLC, a Maryland Limited Liability Company, and JOSEPH KNIGHT,<br><br>　　　Defendants. | CASE NO. 2:08-CV-02999-MCE-KJM<br><br>**AMENDED ORDER GRANTING DEFENDANT THE MAGELLAN GROUP, LLC'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: June 25, 2009<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr. |

[PROPOSED AMENDED] ORDER RE: DEFENDANT
MAGELLAN'S REQUEST FOR TELEPHONIC
APPEARANCE
Case No. 2:08-CV-02999-MCE-KJM

UPON CONSIDERATION of the request of Defendant, The Magellan Group LLC ("Magellan"), to appear telephonically at the hearing scheduled for June 25, 2009 at 2:00 p.m., and any opposition and reply thereto, it is hereby

ORDERED, that Defendant's Request for Telephonic Appearance is GRANTED.

Counsel for Defendant Magellan, Scott A. Conwell, shall appear telephonically at his office phone number of (410) 451-2707.

**IT IS SO ORDERED**.

Dated: June 8, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com