MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
KoenigsbergM@gtlaw.com

DAVID SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff
CE Resource, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>THE MAGELLAN GROUP, LLC, a Maryland Limited Liability Company, and JOSEPH KNIGHT,<br><br>  Defendants. | CASE NO. 2:08-CV-02999-MCE-KJM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION REQUESTING EARLIER HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION** |

1  Having considered plaintiff CE Resources, Inc.'s ("CME") application and defendant The Magellan Group, LLC's ("Magellan") response, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that CME's opposition to Magellan's motion for reconsideration must be filed and served no later than 5:00 p.m. (PDT) on Friday, July 31, 2009, and any reply by Magellan must be filed and served no later than 5:00 p.m. (PDT) on Friday, August 7, 2009.  Service by these dates via the Court's ECF site will be as if the pleadings were served by hand.

As there are earlier dates available on the Court's calendar, and this case was commenced on December 9, 2008, the hearing of this motion scheduled for Thursday, September 24, 2009 is vacated.  Instead, the hearing of this matter is scheduled for Thursday, August 27, 2009, at 2:00 p.m.

Counsel for Magellan may appear by telephone as requested.  As the hearing will be at 2:00 p.m. PDT (i.e., 5:00 p.m. EDT), counsel's August 27, 2009 hearing in Baltimore, Maryland should not preclude his telephonic appearance before this Court.

If the Court concludes, after reviewing the full briefing on Magellan's motion, that oral argument is unnecessary, the Court will vacate the hearing on the motion and then issue a ruling.

DATED: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE