MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
KoenigsbergM@gtlaw.com

DAVID SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff
CE Resource, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE MAGELLAN GROUP, LLC, a Maryland Limited Liability Company, and JOSEPH KNIGHT,<br><br>　　　　Defendants. | CASE NO. 2:08-CV-02999-MCE-KJM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO COMMENCE DISCOVERY** |

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:08-CV-02999-MCE-KJM
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO COMMENCE DISCOVERY

ORDER GRANTING EX PARTE APPLICATION TO COMMENCE DISCOVERY

Having considered plaintiff CE Resources, Inc.'s ("CME") application, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that CME may commence discovery in this action immediately upon the filing of this Order.

It is further ordered that the parties shall meet and confer as required by Fed. R. Civ. P. 26(f) within seven (7) days of the filing of this Order, and shall file a joint status report that includes the Rule 26(f) discovery plan within fourteen (14) days of the filing of this Order.

DATED: August 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE