UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CE RESOURCE, INC.,                      No. 2:08-cv-02999-MCE-KJM

      Plaintiff,

  v.                                    MEMORANDUM AND ORDER

MAGELLAN GROUP, LLC; JOSEPH KNIGHT

      Defendants.

----oo0oo----

In light of defense counsel Scott A. Conwell's ("Conwell") continual failure to comply with Court orders and the Federal Rules, including Federal Rule of Civil Procedure 26, as well as this Court's repeated admonishments regarding the same, Conwell is hereby ordered to show cause why sanctions should not now be imposed for his failures noted above.

///
///
///
///

1

1 | Conwell shall have until September 4, 2009 at 4:00 P.M. PDT
2 | to file a written response as to why sanctions should not be
3 | imposed for his repeated failure to comply with the Rules and
4 | Orders of this Court.
5 | Conwell and local counsel William B. Colitre are ordered to
6 | appear before this Court at 2:00 p.m. on Thursday, September 10,
7 | 2009, in Courtroom 7 for the hearing on the Order To Show Cause.
8 | IT IS SO ORDERED.

Dated: August 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE