UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CE RESOURCE, INC., | No. 2:08-cv-02999-MCE-KJM |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| MAGELLAN GROUP, LLC; JOSEPH KNIGHT | |
| Defendants. | |

The Court is in receipt of defense counsel's Response to the Court's Order to Show Cause (Docket No. 62). While Mr. Conwell has explained, at least in part, the strategic concerns underlying the failures that prompted the Court to issue the OSC (Docket No. 61), counsel has failed to adequately explain his own failure, in light of his position as an officer of the court, to comply with either this Court's mandates or with the Federal Rules. Counsel will be given one more chance to do so.

///
///
///

1

1 | Accordingly, the hearing currently scheduled on Thursday,
2 | September 10, 2009, is hereby continued to Thursday,
3 | September 24, 2009, at 2:00 p.m. in Courtroom 7.  Mr. Conwell is
4 | directed to file a supplemental response addressing the Court's
5 | above concerns not later than Thursday, September 17, 2009.
6 | IT IS SO ORDERED.

Dated: September 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE