UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., | No. 2:08-cv-02999-MCE-KJM |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| MAGELLAN GROUP, LLC; JOSEPH KNIGHT | |
| Defendants. | |

----oo0oo----

The supplemental response (Docket No. 65) of Scott A. Conwell to this Court's Order to Show Cause is completely unacceptable.  The Court specifically stated that Mr. Conwell was to address his failure to comply with this Court's mandates and the Federal Rules of Civil Procedure.  Rather than respond to the Court's Order, Mr. Conwell elected to put the blame on opposing counsel for his conduct in litigating this case.

///

///

///

1

1    Based on Mr. Conwell's response, this Court can reach only
2 one of two conclusions: 1) Mr. Conwell is completely obtuse when
3 it comes to reading and understanding a court order; or 2)
4 Mr. Conwell is deliberately refusing to comply with the same.
5 Prior to receiving Mr. Conwell's latest response, the Court was
6 inclined to accept the former explanation.  However, in light of
7 the most recent filing in response to the Court's Order to Show
8 Cause, it appears the latter is the more likely explanation.
9    Accordingly, the hearing scheduled for 2:00 p.m. on
10 Thursday, September 24, 2009, is hereby vacated.  Mr. Conwell now
11 has until September 25, 2009, by 12:00 p.m. (PDT), to convince
12 this Court of which of the above conclusions is accurate.  If
13 Mr. Conwell's required response does not address the actions of
14 Mr. Conwell (and no one else), the next communication he will
15 receive from the Court will include an order for monetary
16 sanctions.
17    IT IS SO ORDERED.

Dated: September 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE