UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CE RESOURCE, INC.,                          No. 2:08-cv-02999-MCE-KJM

      Plaintiff,

  v.                                        MEMORANDUM AND ORDER

MAGELLAN GROUP, LLC; JOSEPH KNIGHT

      Defendants.

----oo0oo----

On September 18, 2009, this Court electronically filed a Memorandum and Order allowing counsel for Defendant Magellan Group, LLC, Mr. Scott A. Conwell, until 12:00 p.m. today, September 25, 2009, to convince the Court that sanctions should not be imposed. In keeping with counsel's actions that instigated this Court's original Order to Show Cause, and this Court's assessment of his practice in its last Order, counsel has failed to file any response with the Court within the required time frame.

///

1

1 Accordingly, the Court imposes sanctions against Mr. Conwell
2 in the amount of $1,500.00, $1000.00 for his past failures and
3 $500.00 for failing to make any showing today. Said sanctions
4 shall be paid to the Clerk of this Court within ten (10) days of
5 the date this Order is electronically filed, and Conwell is
6 further ordered to file a notice with this Court within the same
7 ten (10)-day period that the sanctions have in fact been
8 remitted. Finally, Conwell is ordered to comply with all ethical
9 responsibilities attendant upon an attorney with respect to the
10 sanctions that have now been imposed against him.

11 IT IS SO ORDERED.

Dated: September 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE